UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-21470-CIV-COOKE/BANDSTRA

LILIANA SCINICA, individually,

    Plaintiff,

vs.

BANK OF AMERICA, N.A.,
a foreign corporation,

    Defendant.
_____/

## PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH SETTLEMENT AGREEMENT AND FOR ATTORNEY'S FEES IN CONNECTION WITH THE FILING OF THIS MOTION

COMES NOW Plaintiff, LILIANA SCINICA, (hereinafter "Plaintiff"), by and through undersigned counsel, pursuant to the applicable Local Rules and Federal Rules of Civil Procedure, and hereby moves for an order compelling the Defendant to comply with the parties' settlement agreement and for attorney's fees in connection with the filing of this motion, and in support thereof states as follows:

1. This case was settled on November 18, 2010.

2. On December 13, 2010, Plaintiff's executed settlement documents were forwarded to Defendant's counsel for Defendant's execution and return to Plaintiff's counsel along with the settlement funds.

3. To date, almost 60 days since the parties' settlement, almost 30 days since Plaintiff's execution of the settlement documents, and despite repeated requests, Plaintiff's counsel has received neither the settlement documents signed by the Defendant nor the settlement funds.

4. There is no legitimate reason for Defendant's unreasonable delay in this matter. Especially,

since the Defendant was recently involved in, and settled, several identical lawsuits. See E.g., *De Szterensus, et al. v. Bank of America*, Case No.: 08-22669-CIV-COOKE; *Sadarangani v. Bank of America*, Case No.: 09-21001-CIV-COOKE; *De Sterling v. Bank of America*, Case No.: 09-21490-CIV-COOKE; *Saa v. Bank of America*, Case No.: 09-22650-CIV-COOKE; and, *Gomez v. Bank of America*, Case No.: 09-22826-CIV-COOKE.

5. The parties' settlement agreement contains an attorney's fees provision entitling the prevailing party to recover reasonable attorney's fees in connection with litigation arising from violation of said settlement agreement.[1] Pursuant to this provision, Plaintiff seeks attorney's fees in connection with the filing of this motion. Plaintiff's counsel shall file an affidavit of fees upon the granting of this request by this Honorable Court.

WHEREFORE, Plaintiff, LILIANA SCINICA, respectfully requests and order compelling the Defendant to provide to Plaintiff's counsel the fully executed settlement documents, along with the settlement funds, within two (2) days from the entry of this Court's order.

Respectfully Submitted,

LAW OFFICES OF DAVID M. GOLDSTEIN, P.A.
*Counsel for Plaintiff*
286 N.E. 39th Street
Miami, FL 33137
Telephone: (305) 372-3535
Fax: (305) 577-8232

By: /s/   Ergio I. Fernandez
ERGIO I. FERNANDEZ
Florida Bar No. 176427
E-mail: ergio@dmgpa.com

---

[1] Unless required by this Honorable Court, Plaintiff shall not attach the parties' settlement agreement hereto due to its confidential nature.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of January, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record identified on the following Service List, via transmission of Notices of Electronic Filing generated by CM/ECF, facsimile, e-mail and/or U.S. Mail.

**SERVICE LIST**
J. Randolph Liebler, Esq.
Dora F. Kaufman, Esq.
Liebler, Gonzalez & Portuondo, P.A.
Courthouse Tower
44 West Flagler Street
25th Floor
Miami, Florida 33130